FOLGER LEVIN & KAHN LLP
Thomas F. Koegel (CSB No. 125852, tkoegel@flk.com)
Jolie-Anne S. Ansley (CSB No. 221526, jansley@flk.com)
Cecilia C. Ogbu (CSB No. 227103, cogbu@flk.com)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

Attorneys for Chapter 11 Trustee
E. Lynn Schoenmann

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Chapter Number: 11 |
| JOHN A. RYAN and DANIELLE T. RYAN, | Case No. 05-32933 DM 11 |
| Debtors. | |
| NICKLOS CIOLINO, et al., | Adversary Pro. No. 05-3428 |
| Plaintiffs, | **STIPULATION REGARDING TRUSTEE'S MOTION TO INTERVENE** |
| vs. | Date: October 12, 2007 |
| JOHN A. RYAN, et al. | Time: 10:00 a.m. |
| Defendants. | Courtroom: Honorable Dennis Montali |

## RECITALS

A. On January 28, 2005, Nicklos Ciolino, Charles Ciolino, Daniel Delorenzi, Robert Aguilar, and Stephen Daniele (collectively, "Plaintiffs") filed a First Amended Complaint to Set Aside or Annul Fraudulent Transfers and for Damages against John A. Ryan; Danielle Ryan, aka Danielle Bianchi; Lawrence Chazen; Lawrence J. Chazen Revocable Trust; William Stewart; Craig Judy; Patricia Judy; Lawrence Cavallini; Kathy Cavallini; and Jean Ryan (collectively, "Defendants") in the Superior Court of the State of California, County of San Mateo.

B. Plaintiffs alleged that Defendant John A. Ryan made a number of fraudulent transfers of his assets to the other Defendants.

C. On September 7, 2005, John A. Ryan and Danielle Ryan (the "Debtors") filed a voluntary petition under Chapter 11 of the United States Bankruptcy Code. E. Lynn Schoenmann was appointed as Chapter 11 Trustee pursuant to the Court's Order of February 14, 2006.

D. On October 4, 2005, the state court action was removed to bankruptcy court and was converted to this adversary proceeding. The matter did not proceed beyond initial disclosures, and the Trustee was appointed. The value of this action is affected by the related lien priority adversary (05-3450), with the appeals of this Court's decision in that related adversary, proceedings in the fraudulent transfer matter did not extend beyond initial disclosures of the parties. The lien priority issue is now pending before the Ninth Circuit in two related appeals (one taken by creditor Chazen, the other by the Trustee). In preparation for a potential mediation with the Ninth Circuit Mediation Panel, the Trustee has now sought formal leave to intervene in the fraudulent transfer adversary to avoid any question about the bankruptcy estate's right to participate in mediation discussions and potential settlement.

NOW, THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:

1. The Trustee's Motion to Intervene should be granted.

2. Should the mediation with the Ninth Circuit Mediation Panel not result in settlement, the Trustee shall request that within ten days the Court set a status conference at which time the Court may provide a schedule for further proceedings in the matter, including responses to the Complaint-in-Intervention. Until such dates are set by the Court, no party need respond to the Complaint-in-Intervention.

October 9, 2007

　　　　　　　　　　/s/　　　　　　　　　　
T. Michael Turner
Counsel for Debtors and Defendants John A. Ryan and Danielle T. Ryan

| | | |
|---|---|---|
| October 10, 2007 | | _____/s/_____ |
| | | Michael D. Liberty |
| | | Counsel for Plaintiffs Nicklos Ciolino, Charles Ciolino, Daniel DeLorenzi, Robert Aguilar, and Stephen Daniele |
| October 17, 2007 | | _____/s/_____ |
| | | Iain A. Macdonald |
| | | Counsel for Defendant Lawrence Chazen |
| October 10, 2007 | | _____/s/_____ |
| | | Desmond B. Tuck |
| | | Counsel for Defendant William F. Stewart |
| October 9, 2007 | | _____/s/_____ |
| | | Herbert Rowland |
| | | Counsel for Defendants Kathy Cavallini, Lawrence Cavallini, and Jean L. Ryan |
| October 10, 2007 | | _____/s/_____ |
| | | Michael Mazzocone |
| | | Counsel for Defendants Craig and Patricia Judy |
| October 9, 2007 | | _____/s/_____ |
| | | Thomas F. Koegel |
| | | Counsel for Chapter 11 Trustee E. Lynn Schoenmann |

31037\4001\570348.2