FOLGER LEVIN & KAHN LLP
Thomas F. Koegel (CSB No. 125852, tkoegel@flk.com)
Jolie-Anne S. Ansley (CSB No. 221526, jansley@flk.com)
Cecilia C. Ogbu (CSB No. 227103, cogbu@flk.com)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

Signed and Filed: October 17, 2007

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**
_____

Attorneys for Chapter 11 Trustee
E. Lynn Schoenmann

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: <br> JOHN A. RYAN and DANIELLE T. RYAN, <br><br> Debtors. | Chapter Number: 11 <br><br> Case No. 05-32933 DM 11 |
| NICKLOS CIOLINO, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> JOHN A. RYAN, et al. <br><br> Defendants. | Adversary Pro. No. 05-3428 <br><br> **ORDER APPROVING STIPULATION AND GRANTING TRUSTEE'S MOTION TO INTERVENE** <br><br> Date: October 12, 2007 <br> Time: 10:00 a.m. <br> Courtroom: Honorable Dennis Montali |

Upon consideration of the parties' "Stipulation Regarding Trustee's Motion to Intervene," and good cause having been shown, the Trustee's Motion to Intervene is granted. Should the Ninth Circuit Mediation prove unsuccessful, within ten days of the conclusion of the mediation, Trustee shall request a status conference in this matter so that the Court may establish a schedule for further proceedings. Until further order of the Court, no party need file a response to the Complaint-in-Intervention, and the matter shall remain stayed.

* * * END OF ORDER * * *

31037\4001\570357.1

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

ORDER APPRAOVING STIPULATION AND
GRANTING TRUSTEE'S MOTION TO INTERVENE;
CASE NO. 05-32933 DM 11

Case: 05-03428    Doc# 31    Filed: 10/17/07    Entered: 10/18/07 14:47:13    Page 1 of 3

| | |
|---|---|
| Court Service List<br>*Nicklos Ciolino, et al., v. John A. Ryan, et al.,*<br>Adversary Proceeding No. 05-3428 | |

| | |
|---|---|
| T. Michael Turner<br>Attorney at Law<br>236 W. Portal Ave., #53<br>San Francisco, CA 94127-1423<br>Phone: (415) 677-0962<br>Fax: (415) 358-4578 | Counsel for Debtors and Defendants John A. Ryan and Danielle T. Ryan |
| James F. Beiden<br>Law Offices of James F. Beiden<br>840 Hinckley Road, #245<br>Burlingame, CA 94010<br>Phone: (650) 697-6100<br>Fax: (650) 697-1101 | Counsel for Debtors and Defendants John A. Ryan and Danielle T. Ryan |
| Michael D. Liberty<br>Law Office of Michael D. Liberty<br>1290 Howard Avenue, Suite 303<br>Burlingame, CA 94010<br>Phone: (650) 685-8085<br>Fax: (650) 685-8086 | Counsel for Plaintiffs Nicklos Ciolino, Charles Ciolino, Daniel DeLorenzi, Robert Aguilar, and Stephen Daniele |
| Iain A. Macdonald<br>Macdonald & Associates<br>Two Embarcadero Center, Suite 1670<br>San Francisco, CA 94111-3930<br>Phone: (415) 362-0449 Ext.203<br>Fax: (415) 394-5544 | Counsel for Defendant Lawrence Chazen |
| Michele L. McGill<br>Law Office of Michele McGill<br>220 Sansome Street, 6th Floor<br>San Francisco, CA 94104<br>Phone: (415) 334-8080<br>Fax: (415) 398-1567 | Counsel for Defendant Lawrence Chazen |
| Desmond B. Tuck<br>Law Offices of Desmond Tuck<br>177 Bovet Road, Suite 600<br>San Mateo, CA 94402<br>Phone: (650) 341-1895<br>Fax: (650) 345-9651 | Counsel for Defendant William F. Stewart |
| Herbert Rowland<br>Ragghianti Freitas LLP<br>874 4th Street, Suite D<br>San Rafael, CA 94901<br>Phone: (415) 453-9433<br>Fax: (415) 453-8269 | Counsel for Defendants Kathy Cavallini, Lawrence Cavallini, and Jean L. Ryan |

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

-2-

ORDER APPRAOVING STIPULATION AND
GRANTING TRUSTEE'S MOTION TO INTERVENE;
CASE NO. 05-32933 DM 11

Case: 05-03428    Doc# 31    Filed: 10/17/07    Entered: 10/18/07 14:47:13    Page 2 of 3

| | | |
|---|---|---|
| 1 2 3 | Michael Mazzocone<br>400 Montgomery Street, Suite 200<br>San Francisco, CA 94104<br>Phone: (415) 399-0800<br>Fax: (415) 399-0900 | Counsel for Defendants Craig and Patricia Judy |
| 4 5 6 | Thomas F. Koegel<br>Folger Levin & Kahn LLP<br>275 Battery Street, 23rd Floor<br>San Francisco, CA 94111<br>Phone: (415) 986-2800<br>Fax; (415) 982-2827 | Counsel for Chapter 11 Trustee E. Lynn Schoenmann |

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

-3-

ORDER APPRAOVING STIPULATION AND
GRANTING TRUSTEE'S MOTION TO INTERVENE;
CASE NO. 05-32933 DM 11

Case: 05-03428   Doc# 31   Filed: 10/17/07   Entered: 10/18/07 14:47:13   Page 3 of 3