**Entered on Docket
October 29, 2008**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**Signed and Filed: October 29, 2008**

_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

```
In re                              ) Bankruptcy Case
                                   ) No. 05-32933DM
JOHN A. and DANIELLE T. RYAN,      )
                                   )
                      Debtors.     ) Chapter 11
_____)
NICKLOS CIOLINO, et al.,           ) Adversary Proceeding
                                   ) No. 05-3428DM
                      Plaintiffs,  )
                                   )
v.                                 )
                                   )
JOHN A. RYAN, et al.,              )
                                   )
                      Defendants.  )
_____)
E. LYNN SCHOENMANN,                )
                                   )
     Plaintiff-in-Intervention,    )
                                   )
v.                                 )
                                   )
LAWRENCE CHAZEN, LAWRENCE J. CHAZEN)
REVOCABLE TRUST, WILLIAM STEWART,  )
CRAIG JUDY, PATRICIA JUDY, LAWRENCE)
CAVALLINI, KATHY CAVALLINI and     )
NICKLOS CIOLINO, et al.,           )
                                   )
                      Defendants.  )
_____)
```

ORDER REGARDING MOTION FOR SUMMARY JUDGMENT

For the reasons stated in the Memorandum Decision Regarding Motion For Summary Judgment issued concurrently with this Order on October 28, 2008, the Court hereby GRANTS Chazen's Motion For

-1-

Summary Judgment as against the Ciolino Parties.

***END OF ORDER***

```
 1                              COURT SERVICE LIST

 2  T. Michael Turner, Esq.
    236 West Portal Ave., #53
 3  San Francisco, CA 94127

 4  James F. Beiden, Esq.
    840 Hinckley Rd., Ste. 245
 5  Burlingame, CA 94010

 6  Iain A. Macdonald, Esq.
    Macdonald & Associates
 7  Two Embarcadero Center, Ste. 1670
    San Francisco, CA 94111
 8
    Laurie Hepler, Esq.
 9  Carroll, Burdick & McDonough
    44 Montgomery St., #400
10  San Francisco, CA 94104

11  Thomas F. Koegel, Esq.
    Folger Levin & Kahn LLP
12  275 Battery St., 23rd Fl.
    San Francisco, CA 94111
13
    Michele L. McGill, Esq.
14  Law Offices of Michele L. McGill
    220 Sansome St., 6th Fl.
15  San Francisco, CA 94104

16  Desmond B. Tuck, Esq.
    Law Offices of Desmond B. Tuck
17  177 Bovet Rd., Ste. 600
    San Mateo, CA 94402
18
    Michael Mazzocone, Esq.
19  400 Montgomery St., Ste. 200
    San Francisco, CA 94104
20
    Michael D. Liberty, Esq.
21  Law Office of Michel D. Liberty
    1290 Howard Ave., Ste. 303
22  Burlingame, CA 94010

23

24

25

26

27

28
```