MACDONALD & ASSOCIATES
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
221 Sansome Street
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

**Signed and Filed: January 20, 2009**

*Dennis Montali*

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

Attorneys for Defendant, LAWRENCE CHAZEN, an individual
and as Trustee of the LAWRENCE J. CHAZEN REVOCABLE TRUST

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 05-32933-DM |
| JOHN A. and DANIELLE T. RYAN, | Chapter 11 |
| Debtors. | Adversary Proceeding No. 05-03428 |
| NICKLOS CIOLINO, et al., | ORDER DENYING MOTION FOR SUMMARY JUDGMENT AND GRANTING SUMMARY ADJUDICATION AS TO SPECIFIC FACTS |
| Plaintiffs, | |
| v. | |
| JOHN A. RYAN, et al., | |
| Defendants. | |
| E. LYNN SCHOENMANN, | |
| Plaintiff-in-Intervention, | |
| v. | |
| LAWRENCE CHAZEN, et al., | |
| Defendants. | |

Lawrence J. Chazen's Motion for Summary Judgment on Complaint in Intervention (the "Motion") came on regularly for hearing on December 19, 2008, before the Honorable Dennis Montali, United States Bankruptcy Judge. Lawrence J. Chazen appeared by Iain A. Macdonald and Reno F.R. Fernandez III of Macdonald & Associates; the Trustee E. Lynn Schoenmann appeared by

1

Thomas F. Koegel of Folger Levin & Kahn LLP. The Court, having reviewed the pleadings and declarations filed in support and opposition of the Motion, having heard the representations and arguments of counsel,

NOW, THEREFORE, IT IS ORDERED that:

1. For the reasons stated on the record, the Motion is denied;

2. Summary adjudication be, and hereby is, entered as follows:

   a. The value of the debtor John Ryan's home was no greater than $1,600,000 as of the date the deed of trust was executed;

   b. On December 17, 2001, Lawrence J. Chazen loaned $35,000 to the debtor John Ryan; and

   c. In May, 2002, John Ryan guaranteed a loan from Lawrence J. Chazen to Jean Ryan in the amount of $125,000.

APPROVED AS TO FORM:

FOLGER LEVIN & KAHN LLP


By: /s/ Thomas F. Koegel_____
Thomas F. Koegel
Attorneys for Trustee
E. Lynn Schoenmann

*** End of Order ***

ORDER DENYING MOTION FOR SUMMARY JUDGMENT AND GRANTING
SUMMARY ADJUDICATION AS TO SPECIFIC FACTS

1  <u>COURT SERVICE LIST</u>

2  Desmond B. Tuck
   Law Offices of Desmond Tuck
3  177 Bovet Road, Suite 600
   San Mateo, CA  94402
4
   Michael A. Mazzocone
5  400 Montgomery Street, Suite 200
   San Francisco, CA  94104
6  Michael D. Liberty

7  Law Office of Michael D. Liberty
   1290 Howard Avenue, Suite 303
8  Burlingame, CA 94010

9  Patrick M. Macias
   Ragghianti Freitas LLP
10 874 4th Street, Suite D
   San Rafael, CA  94901
11
   T. Michael Turner
12 Attorney at Law
   236 W. Portal Ave., #53
13 San Francisco, CA 94127-1423

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28