

1  CROWELL & MORING LLP
   Thomas F. Koegel
2  (CSB No. 125852, tkoegel@crowell.com)
   Nathaniel P. Bualat
3  (CSB No. 226917, nbualat@crowell.com)
   275 Battery Street, 23rd Floor
4  San Francisco, CA  94111
   Telephone: (415) 986-2800
5  Facsimile: (415) 986-2827

6  Attorneys for Chapter 7 Trustee
   E. Lynn Schoenmann
7

Signed and Filed: March 02, 2010

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>JOHN A. RYAN and DANIELLE T. RYAN,<br><br>Debtors. | Chapter Number:  11<br><br>Case No.  05-32933 DM 11 |
| NICKLOS CIOLINO, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN A. RYAN, et al.<br><br>Defendants. | Adversary Pro. No. 05-3428<br><br>**ORDER RE DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** |
| E. LYNN SCHOENMANN,<br><br>Plaintiff-in-Intervention,<br><br>vs.<br><br>LAWRENCE CHAZEN, LAWRENCE J. CHAZEN REVOCABLE TRUST, WILLIAM STEWART, CRAIG JUDY, PATRICIA JUDY, LAWRENCE CAVALLINI, KATHY CAVALLINI and NICKLOS CIOLINO, et al.,<br><br>Defendants. | |

1  Upon consideration of the Trustee's Request for Dismissal with Prejudice of Entire
2  Action, and good cause having been shown, pursuant to Federal Rule of Civil Procedure 41(a)(2),
3  the above-captioned adversary proceeding is dismissed with prejudice, with each party bearing its
4  own costs.

5   * * * END OF ORDER * * *

| | | |
|---|---|---|
| 1 | <u>COURT SERVICE LIST</u> | |
| 2 | Michael D. Liberty | Counsel for Plaintiff Charles Ciolino |
|   | Law Office of Michael D. Liberty | |
| 3 | 1290 Howard Ave. #327 | |
|   | Burlingame, CA 94010 | |
| 4 | | |
|   | Desmond B. Tuck | Counsel for Defendant William Stewart |
| 5 | Law Offices of Desmond B. Tuck | |
|   | 177 Bovet Rd. #600 | |
| 6 | San Mateo, CA 94402 | |
| 7 | | |
|   | Thomas Michael Turner | Counsel for Defendant Danielle Ryan |
| 8 | Law Offices of T. Michael Turner | |
|   | 236 W Portal Ave. | |
| 9 | Box 53 | |
|   | San Francisco, CA 94127 | |
| 10 | | |

131037\0004001\902021291.1